**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANDREW YARBROUGH,**

    **Plaintiff,**

v.                                                           **Case No.  8:04-cv-1090-T-30TGW**

**MOSAIC SALES SOLUTIONS US**
**OPERATING CO.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment and Order Entering Judgment in Favor of Plaintiff (Dkt. # 29).

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to enter a judgment in the amount of $4,200.00 in favor of Plaintiff Andrew Yarbrough and against Defendant Mosaic Sales Solutions US Operating Co.

2. The Court shall retain jurisdiction to determine the amount of attorney's fees and costs to award to Plaintiff's counsel pursuant to 29 U.S.C. § 216(b).

3. Plaintiff's counsel is directed to file its motion for attorney's fees and costs within twenty (20) days of the date of this Order. The motion shall include time records and any other necessary supporting documentation.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-1090.accept oj.wpd